UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL M. MCLAUGHLIN,<br>　　　　Plaintiff,<br>　　v.<br>MICHAEL E. REZINCHECK, et al.,<br>　　　　Defendants. | Case No. 25-cv-03708 BLF<br><br>**ORDER OF DISMISSAL** |

　　　　On April 29, 2025, Plaintiff filed a civil rights complaint under 42 U.S.C. § 1983 in *pro se*, against Michael E. Rezincheck, the "Private Defenders Program [of] San Mateo County," and Officer Lee. Dkt. No. 1. On the same day, the Clerk sent Plaintiff a notice that the civil action was deficient because he did not pay the filing fee or file an *In Forma Pauperis* ("IFP") Application. Dkt. No. 2. Plaintiff was directed to correct the deficiency and provided with the IFP form and postage-paid return envelope, with the warning that the action would be dismissed if he failed to respond within 28 days from the filing date of the notice, i.e., by May 27, 2025. *Id.* The matter was reassigned to the undersigned on June 6, 2025. Dkt. No. 6.

　　　　The deadline has passed with no response from Plaintiff. Accordingly, this action is

**DISMISSED** without prejudice for failure to pay the filing fee.

The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated:  __**June 11, 2025**_____

_/s/ Beth Labson Freeman_
BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\CR.25\03708McLaughlin_dis-ifp