UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL M. MCLAUGHLIN, <br>     Plaintiff, <br>     v. <br> MICHAEL E. REZINCHECK, et al., <br>     Defendants. | Case No. 25-cv-03708 BLF <br><br> **JUDGMENT** |

    The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to pay the filing fee. A judgment of dismissal without prejudice is entered.

    The Clerk shall close the file.

    **IT IS SO ORDERED.**

Dated: _June 11, 2025_____

                                            BETH LABSON FREEMAN <br>
                                            United States District Judge

Judgment
P:\PRO-SE\BLF\CR.25\03708McLaughlin_judgment